UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY JOE ADAM USÉ | CIVIL ACTION |
| VERSUS | NO. 18-2442
c/w NO. 18-3040 |
| JERRY J. LARPENTER, ET AL. | SECTION: "F"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss filed by Terrebonne Parish President Gordon Dove, Medical Administrator Richard Petie Neal, and the "EMT Medical Staff," Rec. Doc. 45, is **GRANTED** and that the claims against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims against Terrebonne Parish Sheriff Jerry J. Larpenter and Warden Claude Triche are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the claims against Deputies Mike Thomas and Mike Johnson and Sergeants Matthews, Henry, and Kibadaux are allowed to proceed pending further development.

New Orleans, Louisiana, this 11th day of January, 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**