UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY JOE ADAM USÉ | CIVIL ACTION |
| VERSUS | NO. 18-2442<br>c/w NO. 18-3040 |
| JERRY J. LARPENTER, ET AL. | SECTION: "F"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Mike Thomas, Wesley Johnson, and Sergeants Matthews, Henry, and Kibadaux are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 12th day of April, 2019.

_____
**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**